UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**FILED**
VANESSA L. ARMSTRONG, CLERK
OCT 30 2013
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Cindy Mitchell

Name of Plaintiff(s)

v.

Civil Case No. 5:13CV-192-R

Medtronic's Sofamor Danek

Name of Defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

    I had a cervical fusion performed on my neck at Lourdes hospital Nov. 30 2011 and Medtronic Mastergraft matrix bonegraft was placed in my neck and has caused me several problems

2. Plaintiff, Cindy Mitchell, resides at 2001 South 28th Street, Paducah
   Street Address / City
   McCracken, KY., 42003, 270 558-4960
   County / State / Zip Code / Area Code, Phone Number

   (if more than one plaintiff, provide the same information for each plaintiff below):

1

3. Defendant, __Medtronic Sofamor Danek__ resides at, or its business is located at __1400 Pyramid Place__, __Memphis__
   Street Address / City

   __Shelby__, __TN.__, __38132__
   County / State / Zip Code

   (if more than one defendant, provide the same information for each defendant below):

   _____
   _____
   _____
   _____

4. Statement of claim (state as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places (be as specific as possible). You may use additional paper if necessary):

   The Surgeon Dr. Alan Gocio was employed by Norton neuroscience This surgery took place at Lourdes hospital in Paducah KY. on NOV. 30, 2011 Ever since the medtronic bone graft was instilled in my neck I've had several complications Constant neck Pain more bulging discs severe headaches nerve damages in both arms bladder and bowel incontinence have to wear depends on a regular basis bone spurs setting right at my spinal cord loss of lordosis I had none of these Problems until this medtronic was placed in my neck The bone graft in my neck is also outdated.

   2

5. Prayers for relief (list what you want the Court to do):

   a. I feel I'm entitled to compensation for Pain and Suffering in the amount of 80,000 for all the suffering I've endured but will negotiate if they will settle
   b. all medtronic bone grafts should be removed from off the shelf

   c. _____

   d. _____

6. Request for a jury trial   ✓ If necessary
                   Yes        No

I (we) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this 30th day of October, 2013.

*Cindy Mitchell*

Signature of Plaintiff(s)

3