UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

CINDY MITCHELL,

    PLAINTIFF

v.                                            CIVIL ACTION NO. 5:13-CV-192-R

MEDTRONIC SOFAMOR DANEK,

    DEFENDANT.

## AGREED ORDER OF DISMISSAL

On joint motion of plaintiff, Cindy Mitchell, pro se, and defendant, Medtronic Sofamor Danek USA, Inc. ("Medtronic"), by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that plaintiff's claims in this action are hereby dismissed in their entirety, with prejudice. This is a final order, there being no just cause for delay.

SEEN AND AGREED TO BY:

*(signed)* Cindy Mitchell
Cindy Mitchell
*Plaintiff*

*(signed)*
Carol Dan Browning
Julie M. McDonnell
*Counsel for Medtronic Sofamor Danek USA, Inc.*

*Handwritten notary block:*
Cindy Mitchell appeared before me on this 21st day of February 2014 & set her hand upon this document.

*(signed)* Elizabeth Grimm
Elizabeth Grimm,
Notary public, County of McCracken
State of Kentucky
My commission expires: August 10, 2015
Notary ID # 448851